UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARTIFEX SOFTWARE, INC.,

Plaintiff,

v.

SIEMENS PRODUCT LIFECYCLE MANAGEMENT SOFTWARE INC.,

Defendant.

Case No. 19-cv-05764-PJH

**ORDER DIRECTING THE PARTIES TO REFILE AN AMENDED PROTECTIVE ORDER**

Re: Dkt. No. 26

The court is in receipt of the parties' "Stipulated [Proposed] Interim Protective Order." Dkt. 26. Sections 9(b)-(c) of the Northern District of California's Model Protective Order for Standard Litigation ("Model Order") allow a non-party certain protections concerning its confidential and contractually-protected information that is in the possession of a party and subject to production in an action. The proposed order deletes those sections and, based on the court's review, provides no substitute in their place.

The court **DENIES** the parties' proposed order (Dkt. 26) and **ORDERS** that the parties refile a materially identical proposed order that reinserts materially similar language to Sections 9(b)-(c) of the Model Order. Except that addition, the parties shall not make any other changes to the proposed order.

**IT IS SO ORDERED.**

Dated: March 5, 2020

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge