1  Gianni Cutri (*pro hac vice*)
   KIRKLAND & ELLIS LLP
2  300 N. LaSalle
   Chicago, IL 60654
3  Telephone: (415) 439-1400
   Facsimile: (415) 439-1500
4  gianni.cutri@kirkland.com

5  Barbara N. Barath (SBN 268146)
   KIRKLAND & ELLIS LLP
6  555 California Street, 27th Floor
   San Francisco, CA 94104
7  Telephone: (415) 439-1400
   Facsimile: (415) 439-1500
8  barbara.barath@kirkland.com

9  *Attorneys for Defendant Siemens*
   *Industry Software Inc.*
10

11                  UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                         OAKLAND DIVISION

14

15  ARTIFEX SOFTWARE, INC.,                 CASE NO. 4:19-cv-05764-PJH

16              Plaintiff,                  **STIPULATION TO STAY DEADLINES**

17      v.                                  **\*\*AS MODIFIED BY THE COURT\*\***

18  SIEMENS PRODUCT LIFECYCLE               Judge:  Phyllis J. Hamilton
    MANAGEMENT SOFTWARE INC.[1]
19
                Defendant,
20

21          Pursuant to Civil Local Rule 6-1(a) and the March 16, 2020 Notice Re Procedures for ADR

22  Cases During Coronavirus Public Health Emergency, Plaintiff Artifex Software, Inc. ("Artifex") and

23  Defendant Siemens Industry Software Inc. ("Siemens"), hereby stipulate through their respective

24  counsel of record as follows:

25          WHEREAS, on or about September 13, 2019, Artifex filed a Complaint against Siemens in this

26  Court;

27

28  _____
    [1]      Siemens Product Lifecycle Management Inc. has changed its legal name to Siemens Industry Software Inc.

WHEREAS, Siemens' answer or other response to the Complaint was due on October 7, 2019;

WHEREAS, the parties filed a stipulation to extend the time by which Siemens must answer or otherwise respond to the Complaint by 60 days, to and including December 6, 2019 (ECF No. 17);

WHEREAS, on October 7, 2019, the Court entered the parties' stipulation (ECF No. 18);

WHEREAS, the parties filed a second stipulation to extend the time by which Siemens must answer or otherwise respond to the Complaint by an additional 56 days, to and including January 31, 2020 (ECF No. 22) to allow the parties to engage in Early Neutral Evaluation;

WHEREAS, on December 5, 2019, the Court entered the parties' stipulation and rescheduled the Case Management Conference for March 19, 2020 (ECF No. 23);

WHEREAS, in anticipation of an ENE in March 2020, the parties filed a third stipulation on January 30, 2020 asking that the deadline for Siemens to file an answer or other response to the Complaint be extended until 21 days after the parties' ENE Conference and the Case Management Conference be reset for April 16, 2020 (ECF No. 24);

WHEREAS, the Court entered the parties' stipulation to extend Siemens' deadline to respond to the Complaint until 21 days after the parties' ENE Conference and reschedule the Case Management Conference to April 16, 2020 (ECF No. 25);

WHEREAS, in early March 2020, the parties scheduled a private ENE conference for March 30, 2020 (ECF No. 27) and exchanged limited discovery to facilitate settlement;

WHEREAS, on March 16, 2020, the Court issued General Order No. 72 and a Notice Re Procedures for ADR Cases During Coronavirus Public Health Emergency, which encourage parties and neutrals to agree to postpone any sessions scheduled before May 1, 2020 "until an in person meeting is permissible unless they agree that it would be more appropriate to go forward via phone or video conference."  The Notice further orders parties, if an agreement is reached, to "submit a stipulation and proposed order specifying the terms of their agreement."

WHEREAS, on March 17, 2020, the parties agreed to postpone their March 30, 2020 ENE session;

WHEREAS, on July 16, 2020, the Court set a case management conference for October 15, 2020 at 2:00 p.m. and set the following deadlines: September 3, 2020 for the parties to complete the ENE, 21

1    days following completion of the ENE for Siemens to file a responsive pleading, and 7 days after the

2    filing of the responsive pleading for the parties to exchange initial disclosures (Dkt. 37);

3           WHEREAS, on August 28, 2020, the parties participated in a productive ENE session with

4    Judge Laporte and agreed to schedule a second ENE session;

5           WHEREAS, on September 1, 2020, the parties requested to defer the deadline to complete the

6    ENE by 11 days until September 14, 2020 (Dkt. 38) and the Court granted the parties' request on

7    September 3, 2020 (Dkt. 39);

8           WHEREAS, on September 10, 2020, the parties held a successful ENE session and reached an

9    agreement in principal;

10          WHEREAS, the parties intend to finalize their agreement and submit a notice of dismissal prior

11   to the currently-scheduled October 15, 2020 case management conference (Dkt. 37);

12          WHEREAS, the parties request that the Court stay all case deadlines while the parties finalize

13   their agreement;

14          IT IS HEREBY STIPULATED by and between Artifex and Siemens that all case deadlines are

15   stayed.  **This stay remains in effect only until October 15, 2020.**

16

17   Dated:  September 30, 2020              Respectfully submitted,

18                                          KIRKLAND & ELLIS LLP

19

20                                          By:    /s/ *Gianni Cutri*_____
                                                   Gianni Cutri

21                                          *Attorney for Defendant*
22                                          *SIEMENS INDUSTRY SOFTWARE INC.*

23   Dated:  September 30, 2020              KWUN BHANSALI LAZARUS LLP

24

25                                          By:    /s/ *Michael S. Kwun*_____
                                                   Michael S. Kwun

26                                          *Attorney for Plaintiff*
                                            *ARTIFEX SOFTWARE, INC.*

27

28

1

2   PURSUANT TO STIPULATION AND THE ABOVE MODIFICATION, IT IS SO ORDERED

3

   Dated:    October 2, 2020            By:      /s/ Phyllis J. Hamilton

4                                                    Judge Phyllis J. Hamilton

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ATTESTATION OF CONCURRENCE

I, Barbara N. Barath, am the ECF User whose ID and password are being used to file this STIPULATION TO STAY DEADLINES.  In compliance with Local Rule 5-1(i)(3), I hereby attest that both Gianni Cutri and Michael S. Kwun have concurred in this filing.


Dated:   September 30, 2020                     By:     /s/ Barbara N. Barath
                                                        Barbara N. Barath

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

On September 30, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all persons registered for ECF.  All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

/s/ Barbara N. Barath
Barbara N. Barath (SBN 268146)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
barbara.barath@kirkland.com

*Attorney for Defendant Siemens Industry Software Inc.*