Michael S. Kwun (SBN 198945)
mkwun@kblfirm.com
Kate E. Lazarus (SBN 268242)
klazarus@kblfirm.com
Nicholas A. Roethlisberger (SBN 280497)
nroethlisberger@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery St., Suite 750
San Francisco, CA 94111
Tel: 415.630.2350

Attorneys for Plaintiff
ARTIFEX SOFTWARE, INC.

Gianni Cutri (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
gianni.cutri@kirkland.com

Barbara N. Barath (SBN 268146)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
barbara.barath@kirkland.com

Attorneys for Defendant
SIEMENS INDUSTRY SOFTWARE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ARTIFEX SOFTWARE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SIEMENS PRODUCT LIFECYCLE MANAGEMENT SOFTWARE INC.,[1] a Delaware corporation,<br><br>Defendant, | CASE NO. 4:19-cv-05764-PJH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge: Phyllis J. Hamilton |

---

[1] Siemens Product Lifecycle Management Inc. has changed its legal name to Siemens Industry Software Inc.

Plaintiff Artifex Software, Inc. ("Artifex") and Defendant Siemens Industry Software Inc. ("Siemens"), through their respective counsel of record, hereby agree and stipulate that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Artifex hereby dismisses with prejudice all claims against Siemens in the above-captioned case, with each party bearing its own attorneys' fees and costs.

SO STIPULATED.

Dated: November 17, 2020

Respectfully submitted,

KWUN BHANSALI LAZARUS LLP

By:   /s/ Michael S. Kwun
      Michael S. Kwun[2]

Attorneys for Plaintiff
ARTIFEX SOFTWARE, INC.

Dated:  November 17, 2020

KIRKLAND & ELLIS LLP

By:   /s/ Gianni Cutri
      Gianni Cutri

Attorneys for Defendant
SIEMENS INDUSTRY SOFTWARE INC.

---

[2] I attest that the other signatory to this document, Gianni Cutri, has concurred in its filing.